IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS DIVISION

KHRISTINA CROSTON,

    Plaintiff,
v.

WALMART, INC., d/b/a Walmart Supercenter #1552,
WAL-MART STORES EAST, LP, and
JOHN DOE(S),

    Defendants.

Civil Action No. 2:23-CV-16 KLEEH

ELECTRONICALLY FILED
12/01/2023
U.S. DISTRICT COURT
Northern District of WV

## NOTICE OF REMOVAL

TO:

Phil Riggleman, Clerk
Circuit Court of Randolph County
Randolph County Courthouse
2 Randolph Avenue
Elkins, WV 26241

T. Keith Gould, Esq.
The Miley Legal Group, PLLC
229 W. Main Street, Suite 400
Clarksburg, WV 26301
*Counsel for Plaintiff*

In accordance with 28 U.S.C. §§ 1332, 1441, and 1446, you are hereby notified that Defendants, Walmart, Inc., and Wal-Mart Stores East, LP, have removed the above-captioned case from the Circuit Court of Randolph County, West Virginia, to the United States District Court for the Northern District of West Virginia, Elkins Division. In support of their Notice of Removal, Defendants state as follows:

### BACKGROUND

1.    On or about October 25, 2023, Plaintiff Khristina Croston filed a Complaint in the Circuit Court of Randolph County, West Virginia, as Civil Action No. 23-C-137.

2.    Defendant Walmart, Inc., is a foreign entity and was served with the Complaint via the West Virginia Secretary of State's Office on or about October 30, 2023.

3. Defendant Wal-Mart Stores East, LP, is a foreign entity and was served with the Complaint via the West Virginia Secretary of State's Office on or about October 30, 2023.

4. The Complaint alleges that Plaintiff Khristina Croston "turned her right ankle" when she stepped into a ditch line and fell while exiting her vehicle in the parking lot of the Walmart store located in Elkins, West Virginia, resulting in Plaintiff sustaining a "severe and permanent" right ankle injury, including an avulsion fracture of the fifth metatarsal and the tearing of her anterior talofibular ligament. Compl. ¶¶10-11. As a result of the alleged incident, Plaintiff Khristina Croston alleges that she required medical treatment, including surgery, and has further been diagnosed with complex regional pain syndrome, which causes near constant pain in Plaintiff's right foot. Compl. ¶11. Plaintiff is seeking compensatory damages; general damages for past and future pain, suffering, permanent injury, loss of enjoyment of life, and emotional distress; and is seeking attorneys' fees, costs, expenses, and pre-judgment and post-judgment interest. Compl. 4 at "Wherefore" clause. Finally, based on representations from Plaintiff's counsel, Plaintiff's itemized medical treatment expenses to date total approximately $66,000.00.

## THE PARTIES

5. Plaintiff resides in Randolph County, West Virginia. Compl. ¶1.

6. Walmart, Inc., is a corporation organized and existing under the laws of the State of Delaware with its principal place of business in Arkansas. Defendant Walmart Inc. is not at the time of the commencement of this action, nor has it ever been, a citizen of the State of West Virginia. Defendant Walmart, Inc., conducts business in Randolph County, West Virginia, and neither its president nor corporate officers reside in West Virginia.

7. Wal-Mart Stores East, LP is a limited partnership organized and existing under the laws of the State of Delaware with its principal place of business in Arkansas. Wal-Mart Stores East, LP, is not at the time of the commencement of this action, nor has it ever been, a citizen of the State of West Virginia. Defendant Wal-Mart Stores East, LP conducts business in Randolph County, West Virginia and none of its members reside in West Virginia.

8. Plaintiff has named John Doe defendants in this matter; however, pursuant to 28 U.S.C. § 1441(b)(1), "the citizenship of defendants used under fictitious names shall be disregarded."

## BASIS OF REMOVAL

9. This Court has original jurisdiction over this civil action pursuant to 28 U.S.C. § 1332, and this civil action may be removed to this Court by these Defendants pursuant to the provisions of U.S.C. § 1441 because it is a civil action between citizens of different states wherein the amount in controversy exceeds the sum or value of $75,000.00 exclusive of interest and costs.

10. Plaintiff and Defendants Walmart, Inc., and Wal-Mart Stores East, LP are citizens of different states.

11. Plaintiff has alleged she sustained a "severe and permanent" right ankle injury, including an avulsion fracture of the fifth metatarsal and the tearing of her anterior talofibular ligament, which required surgical repair, and that she has further developed complex regional pain syndrome as a result of the incident. Compl. ¶¶ 10-11. Based on Plaintiff's claimed medical treatment, and Plaintiff's counsel's representation that Plaintiff's medical expenses total approximately $66,000.00 to date, Plaintiff's claimed medical expenses and damages are

3

anticipated to exceed $75,000.00; therefore, this case may be removed because Plaintiff is clearly seeking damages in excess of the jurisdictional minimum of $75,000.00.

12.   Under West Virginia law, Plaintiff's recovery is theoretically unlimited and only a binding stipulation that she would neither seek nor accept more than $75,000.00 could limit recovery.  See *Hicks v. Herbert*, 122 F.Supp2d 699 (S.D.W.Va. 2000).  Plaintiff's Complaint contains no such stipulation but rather sets forth claims that Plaintiff's injuries are continuing and ongoing.

13.   Therefore, without conceding that Plaintiff is entitled to any damages, which is expressly denied by Defendants as it relates to their conduct, it is facially apparent by the allegations set forth in the Complaint and the representations of Plaintiff's counsel that the amount in controversy exceeds $75,000.00.  If the Court for any reason is inclined to disagree, these Defendants respectfully request the opportunity to conduct jurisdictional discovery to confirm the amount in controversy.

14.   As required by 28 U.S.C. §1446(b)(3), this Notice of Removal is filed with this Court within thirty (30) days from which it was first ascertained by these Defendants that this case was removable and, as such, this Notice of Removal has been timely filed.

15.   As required by 28 U.S.C. §1446(d), a copy of this Notice of Removal is being served upon Plaintiff, by and through her attorney of record, and upon the Clerk of the Circuit Court of Randolph County, West Virginia.

16.   Copies of all process, pleadings, and orders received by Defendants in the Circuit Court of Randolph County, West Virginia, Civil Action Number 23-C-137 are attached hereto and incorporated herein as Exhibit A.

WHEREFORE, Walmart, Inc., and Wal-Mart Stores East, LP, foreign entities, respectfully request that this Court assume full jurisdiction over the cause herein as provided by the law, and that the Circuit Court of Randolph County, West Virginia, proceed no further in the proceedings. Defendants further demand that the trial of this matter in federal court be heard by a jury.

                                WALMART, INC, and
                                WAL-MART STORES EAST, LP,
                                By Counsel

/s/ Heather M. Noel
Heather M. Noel, W. Va. Bar No. 7814
Sara E. Brown, W. Va. Bar No. 11999
Shuman McCuskey Slicer PLLC
300 Wedgewood Drive, Suite 110
Morgantown, WV 26505
304/291-2702 telephone
304/291-2840 facsimile
hnoel@shumanlaw.com
sebrown@shumanlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS DIVISION

KHRISTINA CROSTON,

    Plaintiff,

v.                                                    Civil Action No. 2:23-CV-16

WALMART, INC., d/b/a Walmart Supercenter #1552,
WAL-MART STORES EAST, LP, and
JOHN DOE(S),

    Defendants.

## CERTIFICATE OF SERVICE

    I, Heather M. Noel, counsel for Defendants Walmart, Inc., and Wal-Mart Stores East, LP, do hereby certify that on December 1, 2023, I served a true and correct copy of the foregoing **NOTICE OF REMOVAL** was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

T. Keith Gould, Esq.
The Miley Legal Group, PLLC
229 W. Main Street, Suite 400
Clarksburg, WV 26301
*Counsel for Plaintiff*

/s/ Heather M. Noel
Heather M. Noel, W. Va. Bar No. 7814
Sara E. Brown, W. Va. Bar No. 11999
Shuman McCuskey Slicer PLLC
300 Wedgewood Drive, Suite 110
Morgantown, WV 26505
304/291-2702 telephone
304/291-2840 facsimile
hnoel@shumanlaw.com
sebrown@shumanlaw.com